NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER E. HARDING, III,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3091

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100064-I-1.

---

## ON MOTION

---

## ORDER

Sylvester Harding, III moves for summary judgment in this petition for review. The Department of Veterans Affairs opposes Harding's motion.

Summary judgment is not appropriate in a court of appeals. Arguments concerning the merits of a case should be placed in the briefs.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.  Harding's brief (form enclosed) is due within 30 days of the date of filing of this order.

FOR THE COURT

**MAY 1 6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sylvester E. Harding, III (informal brief form enclosed)
    Armando A. Rodriguez-Feo, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK